(106 So. 207)

### MITCHELL v. STATE.   (4 Div. 188.)

(Court of Appeals of Alabama.   Nov. 10, 1925.)

**Criminal law** ☞1090(14), 1122(5)—Refusal of requested charge, not reviewable, in absence of bill of exceptions and oral charge.

The action of the court in refusing charges requested by 'defendant is not reviewable, in the absence of a bill of exceptions and the oral charge of the court.

Appeal from Circuit Court, Pike County,; N. D. Denson, Judge.

Ben Mitchell was convicted of arson in the first degree, and he appeals.   Affirmed.

D. A. Baker, of Troy, for appellant.
Harwell G. Davis, Atty. Gen., for the State.

No brief filed for either party.

BRICKEN, P. J.   This appellant was charged with and convicted of the offense of arson in the first degree; the specific charge being that· he willfully set fire to and burned a dwelling house of John Warren in which there was at the time a human being.   The charge being what is known to our law 'as a capital offense, the jury were properly called upon to fix the punishment, which they did by their verdict; the punishment being 10 years' imprisonment in the penitentiary, the minimum punishment provided by law for this offense.   From the judgment of conviction, this appeal is taken.

There is no bill of exceptions in the transcript; the appeal therefore is predicated upon the record only.   In the absence of a bill of exceptions and the oral charge of .the court, the action of the court in refusing several charges to defendant is not reviewable.

No error is apparent on the record.   The proceedings, so far as shown, appear regular in all respects.

The judgment appealed from is affirmed.

Affirmed.

(106 So. 207)

### JACKSON v. STATE. (4 Div. 182.)

(Court of Appeals of Alabama.   Nov. 10, 1925.)

**Criminal law** ☞1090(14), 1122(5)—Refusal of written charges to defendant is not presented, in absence of bill of exceptions and court's oral charge.

In absence of bill of exceptions and oral charge of· court, refusal of several written charges to defendant is not presented.

Appeal from Circuit Court, Pike County; N. D. Denson, Judge.

Leonard Jackson was convicted of unlawful possession of a still, and he appeals. Affirmed.

BRICKEN, P. J.   At the April term, 1925, of the Pike·circuit court, this appellant was convicted of the offense of unlawfully possessing a still, etc., to be used for the purpose of manufacturing prohibited liquors or beverages.   He was duly sentenced to an indeterminate term of imprisonment in the penitentiary, and appealed.

We have examined the record upon which the appeal is predicated.   There is no error apparent thereon.   In the absence of a bill of exceptions and the oral charge of the court, the refusal of several written charges to defendant is not presented.

ᵢThe judgment appealed from will stand affirmed.

Affirmed.